Exhibit C – Cease and Desist Notice



## STEPHENSON COUNTY HEALTH DEPARTMENT

**Building a Healthy Community**

www.stephensonhealth.com

CRAIG BEINTEMA, MS, LEHP, CPHA
Public Health Administrator

10 W. Linden Street
Freeport, IL 61032-3310
(815) 235-8271
FAX: (815) 599-8443

### CEASE AND DESIST NOTICE

The outbreak of COVID - 19 has resulted in the following: (1) The World Health Organization declaring a pandemic, (2) the President of the United States declaring a national emergency, and (3) the Governor of the State of Illinois, J.B. Pritzker, proclaiming a state disaster. Public officials at the federal, state, and local levels have employed extraordinary measures to protect the health, safety, and welfare of citizens.

Per Executive Order 2020-10 (COVID-19 Executive Order No. 8), Section 1: Beginning March 21, 2020 at 5 p.m., through April 7, 2020, all Illinois citizens are ordered to stay at home or at their place of residence. All persons may leave their homes or place of residence only for Essential Activities, Essential Government Functions, or to operate Essential Businesses and Operations, as set forth in the Executive Order, and must at all times and as much as reasonably possible maintain social distancing of at least six feet from any other person. Essential activities include activities in the furtherance of health and safety; obtaining necessary supplies and services; outdoor activity provided that social distancing is practiced; work related to essential businesses or operations; caring for family, friends, and pets; and obtaining public health or human services.

Per Executive Order 2020-10 (COVID-19 Executive Order No. 8), Section 2: Beginning March 21, 2020 at 5 p.m., through April 7, 2020, all businesses and operations in the State, except certain Essential Businesses and Operations that are specifically defined in the Executive Order, are required to cease all activities, unless those activities involve employees working at their own residences. Essential Businesses and Operations have not been defined to include religious gatherings of 10 or more individuals.

Per Executive Order 2020-10 (COVID-19 Executive Order No. 8), Section 3: Beginning March 21, 2020 at 5 p.m., through April 7, 2020, all public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for certain limited purposes.

Per Executive Order 2020-10 (COVID-19 Executive Order No. 8), Section 4: Beginning March 21, 2020 at 5 p.m., through April 7, 2020, all travel, except Essential Travel, is prohibited.

Please be advised that your establishment, The Beloved Church, is required to adhere to this Executive Order, and that these steps are necessary and proper to prevent further spreading of COVID-19.

If you do not adhere to this Executive Order, the Illinois Department of Public Health has the authority to order that a place be closed and made off limits to the public, "to prevent the probable spread of a dangerously contagious or infectious disease. . . until such time as the condition can be corrected or the danger to the public health is eliminated or reduced in such a manner that no substantial danger to the public's health any longer exists." 20 ILCS 2305/2(b). The process of issuing such an order is set forth in 20 ILCS 2305/2(c). Furthermore, police officers, sheriffs and all other officers in Illinois are authorized to enforce such orders. In addition to such an order of closure issued by the Illinois Department of Public Health you may be subject to additional civil and criminal penalties.

*Craig Beintema*

Mr. Craig Beintema
Stephenson County Public Health Administrator
March 31, 2020

> West's Smith-Hurd Illinois Compiled Statutes Annotated
>   Chapter 720. Criminal Offenses
>     Criminal Code
>       Act 5. Criminal Code of 2012 (Refs & Annos)
>         Title III. Specific Offenses
>           Part B. Offenses Directed Against the Person
>             Article 12. Bodily Harm (Refs & Annos)
>               Subdivision 10. Endangerment

720 ILCS 5/12-5
Formerly cited as IL ST CH 38 ¶ 12-5

5/12-5. **Reckless conduct**

Effective: July 1, 2011
Currentness

*[Handwritten annotation: Potential Penalties Up to (each occurrence) - 2 years court supervision conditional discharge probation - Up to 1 year in jail - Up to a fine of $2,500 - Court costs]*

§ 12-5. Reckless conduct.

(a) A person commits **reckless conduct** when he or she, by any means lawful or unlawful, **recklessly** performs an act or acts that:

(1) cause bodily harm to or endanger the safety of another person; or

(2) cause great bodily harm or permanent disability or disfigurement to another person.

(b) Sentence.

**Reckless conduct** under subdivision (a)(1) is a Class A misdemeanor. **Reckless conduct** under subdivision (a)(2) is a Class 4 felony.

**Credits**
Laws 1961, p. 1983, § 12-5, eff. Jan. 1, 1962. Amended by P.A. 77-2638, § 1, eff. Jan. 1, 1973; P.A. 93-710, § 5, eff. Jan. 1, 2005; P.A. 96-1551, Art. 1, § 5, eff. July 1, 2011.

**Formerly** Ill.Rev.Stat.1991, ch. 38, ¶ 12-5.

720 I.L.C.S. 5/12-5, IL ST CH 720 § 5/12-5
Current through P.A. 101-629. Some statute sections may be more current, see credits for details.

End of Document © 2020 Thomson Reuters. No claim to original U.S. Government Works.