## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

Stephen Cassell, et al.
                            Plaintiff,

v.                                                       Case No.: 3:20–cv–50153
                                                                Honorable John Z. Lee

David Snyders, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, May 2, 2020:

      MINUTE entry before the Honorable John Z. Lee: Plaintiffs The Beloved Church and Stephen Carrell filed a motion for temporary restraining order and preliminary injunction on 4/30/2020. In their motion, Plaintiffs seek injunctive relief to permit them to gather for worship at their church on Sunday, 5/3/20, despite Governor Pritzker's Executive Order 2020–32 (dated 4/30/2020). The Court ordered expedited briefing, and Defendants filed their responses at 5:00 p.m. on 5/1/20, and Plaintiffs filed their reply at 2:00 p.m. on 5/2/20. After due consideration, the Court denies Plaintiffs' motion for temporary restraining order and preliminary injunction [6]. The Court will issue a written opinion and order explaining its ruling shortly. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.