# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| THE BELOVED CHURCH, an Illinois Not-for-Profit Corporation, and PASTOR STEPHEN CASSELL, an individual, | No. 3:20-cv-50153 |
| Plaintiffs, | |
| v. | District Judge John Z. Lee |
| | Magistrate Judge Iain D. Johnston |
| JAY ROBERT PRITZKER, Governor of the State of Illinois, DAVID SNYDERS, Sheriff of Stephenson County, Illinois, STEVE SCHAIBLE, Chief of Police of the Village of Lena, Illinois, and CRAIG BEINTEMA, Administrator of the Department of Public Health of Stephenson County, Illinois, in their official capacities, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that The Beloved Church and Stephen Cassell, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's May 2, 2020 Minute Order (Dkt. 37) and May 3, 2020 Memorandum Opinion and Order (Dkt. 39) denying their Motion for Temporary Restraining Order and Preliminary Injunction.

/s/Martin Whittaker

**THOMAS MORE SOCIETY**
309 W. Washington St, Ste. 1250
Chicago, IL 60606

1

(312) 782-1680
Peter Breen
Thomas Brejcha
Martin Whittaker
pbreen@thomasmoresociety.org
tbrejcha@thomasmoresociety.org
mwhittaker@thomasmoresociety.org
*Attorneys for Plaintiffs*