# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 8, 2021

| Before: | DIANE P. WOOD, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |
| | AMY J. ST. EVE, Circuit Judge |

| | |
|---|---|
| No. 20-1757 | STEPHEN CASSELL and THE BELOVED CHURCH, Plaintiffs - Appellants <br><br> v. <br><br> DAVID SNYDERS, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:20-cv-50153 <br> Northern District of Illinois, Western Division <br> District Judge John Z. Lee | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)